**Opinion filed July 2, 2009**



In The

# Eleventh Court of Appeals

---

## No. 11-08-00217-CV

---

## WILLIE LEE MAXWELL, Appellant

## V.

## STATE OF TEXAS, Appellee

---

**On Appeal from the 106th District Court**

**Dawson County, Texas**

**Trial Court Cause No. 89-4370**

---

### M E M O R A N D U M   O P I N I O N

Willie Lee Maxwell appeals from the trial court's order denying his pro se motion to expunge his record. We affirm.

In his sole issue on appeal, Maxwell contends that the trial court record does not support the denial of his motion to expunge. We disagree. We note that on its face Maxwell's motion to expunge fails to comply with the requirements of TEX. CODE CRIM. PROC. ANN. art. 55.01 (Vernon 2006), art. 55.02 (Vernon Supp. 2008). Therefore, the trial court did not err in denying the motion.

The issue is overruled, and the order of the trial court is affirmed.

July 2, 2009                                              PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.